CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v. Andrew Moody

**DOCKET NUMBER:** 21-2607

**COUNSEL'S NAME:** Anthony L. Ricco

**COUNSEL'S ADDRESS:** 20 Vesey Street, Suite 400

**COUNSEL'S PHONE:** (212) 791-3919

**QUESTIONNAIRE**

[✓] I am ordering a transcript.
[ ] I am not ordering a transcript. Reason: [ ] Daily copy available [ ] U.S. Atty. placed order [ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[✓] Pre-trial proceedings: (Guilty Plea Entered) October 29, 2019
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: October 6, 2021
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Anthony L. Ricco, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds [✓] CJA Form 24

/s/ Anthony L. Ricco                    11/16/2015
Counsel's Signature                     Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____    _____
Court Reporter's Signature        Date

**After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.**